# 07 CV 10602 CLOSED

## JUDGE CASTEL

## U.S. District Court
### Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03473-DGT-RER
### Internal Use Only

Alcantra v. United States of America
Assigned to: Senior-Judge David G. Trager
Referred to: Magistrate-Judge Ramon E. Reyes, Jr
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 08/21/2007
Date Terminated: 11/21/2007
Jury Demand: Plaintiff
Nature of Suit: 350 Motor Vehicle
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Caicer Alcantra**    represented by **Anthony Mallilo**
Mallilo & Grossman Esq
163-09 Northern Boulevard
Flushing, NY 11358
718-461-6633
Fax: 718-359-2344
Email: jgross5099@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**    represented by **Gail A. Matthews**
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820
(718) 254-6025
Email: Gail.Matthews@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY
ATTEST
DATED 11/21/07  20
ROBERT C. HEINEMANN
CLERK
BY: DEPUTY CLERK

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2007 | 1 | COMPLAINT against United States of America $ 350, filed by Caicer Alcantra. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 08/22/2007) |

| | | |
|---|---|---|
| 08/21/2007 | | Summons Issued as to United States of America, U.S. Attorney and U.S. Attorney General (Bowens, Priscilla) (Entered: 08/22/2007) |
| 08/27/2007 | 2 | SCHEDULING ORDER:Initial Conference set for 12/14/2007 11:15 AM in Courtroom A, North Wing before Magistrate-Judge Ramon E. Reyes Jr (see attached order). Ordered by Judge Ramon E. Reyes Jr. on 8/27/07. (Vertus, Miriam) (Entered: 08/27/2007) |
| 09/20/2007 | 3 | SUMMONS Returned Executed by Caicer Alcantra. United States of America served on 9/10/2007, answer due 11/9/2007. (Pomara, Francesco) (Entered: 09/20/2007) |
| 11/13/2007 | 4 | Letter MOTION for Extension of Time to File Answer by United States of America. (Matthews, Gail) (Entered: 11/13/2007) |
| 11/14/2007 | | ORDER granting 4 Motion for Extension of Time for to Answer until 1/15/2008. Ordered by Magistrate-Judge Ramon E. Reyes, Jr on 11/14/07. (Vertus, Miriam) (Entered: 11/14/2007) |
| 11/14/2007 | | Set/Reset Hearings: Initial Conference set for 12/14/2007 has been adjourned to 1/23/2008 at 11:45 AM in Courtroom A before Magistrate-Judge Ramon E. Reyes Jr.. (Vertus, Miriam) (Entered: 11/14/2007) |
| 11/20/2007 | 5 | STIPULATION *and Proposed Order of Transfer to the Southern District of New York* by United States of America (Matthews, Gail) (Entered: 11/20/2007) |
| 11/21/2007 | 6 | Case transferred to the Southern District of New York. Certified copy of transfer order, and docket sheet sent. Ordered by Senior-Judge David G. Trager on 11/20/07. (Greene, Donna) (Entered: 11/21/2007) |
| 11/21/2007 | 7 | CERTIFICATE OF SERVICE. Certified copy of Transfer Order and Docket Sheet forwarded to the Southern District of New York via FedEx. Tracking No. 8619 4329 9399. (Greene, Donna) (Entered: 11/21/2007) |