```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
CAICER ALCANTARA,

                    Plaintiff(s),        Index No.:
                                         07CV10602
        -against-
                                         NOTICE OF
UNITED STATES OF AMERICA,                APPEARANCE

                    Defendant(s).
-------------------------------x
```

Please be advised, Jeffrey M. Blum, Esq., hereby appears as attorney for plaintiff in the above matter at 163-09 Northern Boulevard, Flushing, New York 11358, JBlum@malliloandgrossman.com

Dated: Flushing, New York
       March 14, 2008

_____
JEFFREY M. BLUM, ESQ.
MALLILO & GROSSMAN, ESQS.
Attorneys for Plaintiff(s)
163-09 Northern Boulevard
Flushing, New York 11358
 (718) 461-6633

TO:
    Michael J. Garcia, Esq.
    United States Attorney
    Southern District Of New York
    86 Chambers Street
    NY, NY 10007
     (212) 637-2734
    Email: li.yu@usdoj.gov