UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CAICER ALCANTARA,

                Plaintiff,

      v.

UNITED STATES OF AMERICA,

                Defendant.
------------------------------------------------------------------x

07 Civ. 10602 (PKC)

ECF Case

NOTICE OF SUBSTITUTION OF COUNSEL

TO:   Clerk of Court
       United States District Court
       Southern District of New York

       Notice is given that the undersigned Assistant United States Attorney, Li Yu, is replacing Gail A. Matthews as counsel of record for defendant the United States of America.

.

Date:   New York, New York
          March 17, 2008

                               Respectfully submitted,

                               MICHAEL J. GARCIA
                               United States Attorney for the
                               Southern District of New York

                By:   s/ Li Yu
                         LI YU
                         Assistant United States Attorney
                         86 Chambers Street, Third Floor
                         New York, New York 10007
                         Telephone: (212) 637-2734
                         Facsimile:  (212) 637-2686
                         E-mail: li.yu@usdoj.gov

TO:    JEFFREY BLUM (By Facsimile)
        MALLILO & GROSSMAN
        163-09 Northern Blvd.
        Flushing, New York 11358
        Fax: (718) 461-1062