UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CAICER ALCANTARA,

                          Plaintiff(s),          Index No.:
                                                 07CV10602

              -against-                          **NOTICE OF**
                                                 **APPEARANCE**
UNITED STATES OF AMERICA,

                          Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


         Please be advised, Jeffrey M. Blum, Esq., hereby

appears as attorney for plaintiff in the above matter at 163-09

Northern Boulevard, Flushing, New York 11358,

JBlum@malliloandgrossman.com


Dated:     Flushing, New York
           March 14, 2008

                                   _____
                                   JE    Y M. BLUM, ESQ.
                                   MALLILO & GROSSMAN, ESQS.
                                   Attorneys for Plaintiff(s)
                                   163-09 Northern Boulevard
                                   Flushing, New York 11358
                                   (718) 461-6633

TO:
       Michael J. Garcia, Esq.
       United States Attorney
       Southern District Of New York
       86 Chambers Street
       NY, NY 10007
       (212) 637-2734
       Email: li.yu@usdoj.gov