| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#<br>DATE FILED: 4/11/08 |

------------------------------------x

CAICER ALCANTRA,  :

        Plaintiff,  :

07 Civ. 10602 (AJP)

    -against-  :

ORDER SCHEDULING
STATUS CONFERENCE

UNITED STATES OF AMERICA,  :

        Defendant.  :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for May 15, 2008 at 2:30 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:    New York, New York
            April 11, 2008

                                            Andrew J. Peck
                                       United States Magistrate Judge

Copies **by fax & ECF** to:    Jeffrey M. Blum, Esq.
                                   Li Yu, Esq.

C:\ORD\Order Scheduling Status Conference