**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

August 8, 2008

**BY HAND DELIVERY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/11/08

Hon. Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

Re: *Alcantara v. United States of America*, 07 Civ. 10602 (AJP)

Dear Judge Peck:

This Office represents the United States (the "Government"), the defendant in the above-referenced Federal Tort Claims Act (the "FTCA") action. I write on behalf of both parties to respectfully request a brief extension of the deadline for completion of expert discovery in this matter.

Pursuant to Your Honor's order at the July 1, 2008 conference, the plaintiff and the Government were directed to make their expert disclosures on, respectively, August 1 and September 5, 2008. I received plaintiff's expert disclosures on July 28, 2008. On August 1, I pointed out to plaintiffs' counsel that those disclosures did not meet the requirements of Rule 26(a)(2)(B) in several material respects and asked for those disclosures be supplemented within a week to cure the deficiencies.

On August 7, 2008, plaintiff's counsel telephoned me and requested an additional week to cure the deficiencies in plaintiff's expert disclosures. In light of this delay, I respectfully request that the deadline for plaintiff's expert disclosures be extended, *nunc pro tunc*, until August 14, 2008 and the deadline for the Government's expert disclosures and the completion of expert discovery in this matter for be extended from September 5, 2008 until September 16, 2008.

MEMO ENDORSED 8/11/08

Approved. Joint PTO remains due 10/5.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Copies by fax to: All Counsel

BY FAX

I thank the Court for considering these requests.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
LI YU
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2734
Fax: (212) 637-2686

cc: Jeffrey Blum, Esq. (By Facsimile)
MALLILO & GROSSMAN
163-09 Northern Blvd.
Flushing, New York 11358
Fax: (718) 461-1062

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**Southern District of New York**
**United States Courthouse**
**500 Pearl Street, Room 1370**
**New York, N.Y. 10007-1312**

**Fax No.: (212) 805-7933**
**Telephone No.: (212) 805-0036**

**Dated:** **August 11, 2008** **Total Number of Pages:** **3**

| TO | FAX NUMBER |
|---|---|
| Jeffrey M. Blum, Esq. | 718-561-1062 |
| Li Yu, Esq. | 212-637-2686 |
| | |

# TRANSCRIPTION:

**MEMO ENDORSED 8/11/08**

**Approved. (Joint PTO remains due 10/5.)**