```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
                                                      ELECTRONICALLY FILED
                                                      DOC# _____
------------------------------------- x               DATE FILED: 8/20/08

CAICER ALCANTRA,                          :
                                                      07 Civ. 10602 (AJP)
                Plaintiff,                :
                                                      ORDER SCHEDULING
        -against-                         :           STATUS CONFERENCE

UNITED STATES OF AMERICA,                 :

                Defendant.                :

------------------------------------- x
```

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for Thursday, August 21, 2008 at 10:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

SO ORDERED.

Dated:   New York, New York
         August 20, 2008

                                    _____
                                    Andrew J. Peck
                                    United States Magistrate Judge

Copies **by fax & ECF** to:   Jeffrey M. Blum, Esq.
                              Li Yu, Esq.

C:\ORD\Order Scheduling Status Conference