UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

CAICER ALCANTRA,                       :

               Plaintiff,       :

     -against-                       :

UNITED STATES OF AMERICA,              :

               Defendant.       :

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/8/08

07 Civ. 10602 (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 15 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

     SO ORDERED.

DATED:     New York, New York
              September 8, 2008

                                                 Andrew J. Peck
                                                 United States Magistrate Judge

Copies **by fax & ECF** to:     Jeffrey M. Blum, Esq.
                                       Li Yu, Esq.

C:\ORD\Dismiss.AJP



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, Third Floor
New York, New York 10007

August 29, 2008

**BY FASCIMILE**

Hon. Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

    Re: *Alcantara v. United States of America*, 07 Civ. 10602 (AJP)

Dear Judge Peck:

    This Office represents the United States (the "Government"), the defendant in the above-referenced Federal Tort Claims Act action. I write respectfully to advise the Court that the parties have agreed in principle to resolve this matter pursuant to a $7,000 settlement. I also respectfully request that the Court stay all pending deadlines in this matter to permit the parties to reduce their agreement to writing.

    I thank the Court for its consideration of this request.

    Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
    LI YU
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (212) 637-2734
    Fax: (212) 637-2686

cc: Jeffrey Blum, Esq. (By E-mail)
    MALLILO & GROSSMAN
    163-09 Northern Blvd.
    Flushing, New York 11358